**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL NEWS SERVICE, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 1:09-cv-01226-RMU |
| POYNTER INSTITUTE FOR MEDIA STUDIES, *et al.* | ) ) ) ) |
| Defendants. | ) ) ) |

### **[PROPOSED] ORDER**

Upon review of the pleadings and the record in the case, it is this ___ day of

_____, 2009,

ORDERED THAT Plaintiff's Complaint be and hereby is:

    For Counts 1 and 2 (Lanham Act): DISMISSED for failure to state a claim;

    Count 3 (Misappropriation): DISMISSED as preempted by Copyright Law; and/or DISMISSED IN PART as time-barred for conduct prior to June 30, 2006;

    Count 4 (D.C. Uniform Trade Secrets Act): DISMISSED for failure to state a claim; and/or DISMISSED IN PART as time-barred for conduct prior to June 30, 2006;

    Count 5 (Digital Millennium Copyright Act): DISMISSED IN PART as time-barred for conduct prior to June 30, 2006.

    Counts 6-8 (Computer Fraud and Abuse Act): DISMISSED for failure to state a claim; and/or DISMISSED IN PART as time barred;

    Counts 9-10 (Computer Fraud and Abuse Act): DISMISSED IN PART as time-barred for conduct prior to June 30, 2007;

Counts 11-15 (Sherman Act and D.C. Code § 28-4503): DISMISSED for failure to state a claim; and/or DISMISSED IN PART as time-barred for conduct prior to June 30, 2005;

Counts 16 and 17 (Tortious Interference): DISMISSED for failure to state a claim; and/or DISMISSED as time-barred;

Counts 18-20 (Conversion, Trespass to Chattels, Unjust Enrichment): DISMISSED as preempted by Copyright Law as to transcripts; and/or DISMISSED for failure to state a claim as to confidential business information; and/or DISMISSED as time-barred as to both transcripts and confidential business information.

_____
Ricardo M. Urbina
United States District Judge