# Exhibit 1

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE:   CHERYL A. REAGAN                                    6:04-bk-77590 B
         Debtor                                              CHAPTER 11

### ORDER

Now before the Court is the Trustee's Motion to Extend Time for Payment of Sales Price of Federal News Service, Inc. (#1029), Congressional Quarterly, Inc.'s Motion to Vacate Order Granting Trustee's Motion to Confirm the Sale Price of Federal News Service, Inc. (#1095), Congressional Quarterly, Inc.'s Amended and Restated Motion to Vacate Order Granting Trustee's Motion to Confirm the Sale Price of Federal News Service, Inc. (#1098), the Estate of Ronald E. Reagan's Motion to Vacate / Set Aside Order Confirming Sales Price of Federal News Service, Inc. and to Rescind Sale (#1096), and the responses and replies thereto. All interested parties, including the Chapter 11 Trustee, Frederick S. Wetzel, III (the "Trustee"), the Estate of Ronald E. Reagan, Congressional Quarterly, Inc., TIG Capital, Inc. ("TIG Capital"), and the heirs of the Estate of Ronald E. Reagan, appeared in person or by counsel as announced in open Court. Based on the motions and the objections thereto, the evidence received, the arguments of counsel, waiver by the Trustee of his argument of judicial estoppel as to Congressional Quarterly, Inc. and the Court's findings of fact and conclusions of law announced in open court pursuant to Bankruptcy Rule 7052 and incorporated herein by reference, the Court hereby grants the Motions to Vacate filed as No. 1096 and 1098 as follows:

1.   The Trustee exercised his best business judgment in the sale of the stock of FNS to TIG Capital, based in part on the representation of the buyer, TIG Capital, that it had the money available to conclude the purchase, and the Court approves the exercise of that business

judgment. However, TIG Capital has failed to pay the balance of the purchase price of $1,125,000.00 as ordered by the Court in its Order of August 26, 2009 (#1089).

2. The Court's Order of June 26, 2009, approving the sale of FNS to TIG Capital is hereby vacated, set aside, and held for naught, *nunc pro tunc*;

3. The Trustee's sale of the stock of FNS to TIG Capital, the Trustee's delivery of stock certificates or any stock power, and all agreements relating thereto are hereby rescinded, set aside, and held for naught;

4. TIG Capital and David Kornitzer shall immediately surrender and return to the Trustee the original certificates of shares in FNS and any stock powers over such shares;

5. TIG Capital and David Kornitzer shall immediately surrender all right, title, interest, possession, control and management of FNS, and all of its assets, accounts, and records, to the Trustee;

6. The Trustee is entitled to the right, title, interest, possession, control, and management of FNS to the exclusion of David Kornitzer and TIG Capital;

7. Upon receipt of a copy of this Order by any means, TIG Capital, David Kornitzer, and their representatives shall immediately cease all activities on behalf of FNS, vacate the premises of FNS, and not return to the premises of FNS for any reason, including the removal of their personal effects or property, until permitted by subsequent order of this Court;

8. The Trustee shall retain TIG Capital's partial payment of the purchase price in the amount of $300,000.00 until such time as the Court enters a subsequent order resolving the time period in which the Trustee has to determine the amounts deductible, if any, from said partial payment. The Trustee shall investigate and report on his investigation at a status hearing to be

held on October 14, 2009, to advise the Court what set-offs, if any, he anticipates making against the funds;

9. The Trustee shall investigate any losses, liabilities and expenses of FNS that may be attributable to TIG Capital and David Kornitzer;

10. The Trustee shall re-notice the sale and provide forty-five (45) days to submit sealed bids. The Trustee will provide prospective purchasers with updated financial information for FNS. The Trustee will compare bids and announce the highest bid selected, with a second round of bidding to produce a high bid after the parties are informed of the terms of the highest bid. The second round of bidding will be conducted by or through the Trustee and will open with the announced high bid and proceed under advance parameters set by the Trustee that allow each qualified party that remains interested to continue bidding in an auction type fashion until no party is willing to outbid the final bid that the Trustee determines to be the highest and best bid.

11. Congressional Quarterly, Inc. shall return the $50,000.00 break-up fee to the Trustee.

12. This order shall be effective immediately, and any stay hereof that may arise from Bankruptcy Rule 6004(h) or any other Bankruptcy Rule is hereby lifted.

**IT IS SO ORDERED.**

*/s/ Ben Barry*

HONORABLE BEN T. BARRY
UNITED STATES BANKRUPTCY JUDGE

DATE: September 21, 2009

EOD 9/21/2009
by L Schacherbauer

CC:   Frederick S. Wetzel
        Mark Davis, Esq.
        Brian Rosenthal, Esq.
        Roger Rowe, Esq.
        Gary Lax, Esq.
        G. Latta Bachelor, Esq.