UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEDERAL NEWS SERVICE, INC.,      *

    Plaintiff,      *

v.      *

POYNTER INSTITUTE FOR MEDIA STUDIES, TIMES PUBLISHING COMPANY, CONGRESSIONAL QUARTERLY, INC., CQ TRANSCRIPTIONS, INC. MORNINGSIDE PARTNERS, LLC, ROBERT MERRY, STEPHEN CARR DAVIS and ANTHONY O'BRIEN,      *   Case Number: 1:09-cv-1226-RMU

    Defendant.

### STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(A)(2)

Plaintiff Federal News Service, Inc., by the undersigned counsel, and Defendants Poynter Institute for Media Studies, Times Publishing Company, Congressional Quarterly, Inc., CQ Transcriptions, Inc., Morningside Partners, LLC, Robert Merry, Stephen Carr Davis and Anthony O'Brien, by their respective and undersigned counsel, pursuant to Fed. R. Civ. P 41(a)(2), hereby stipulate to the dismiss of this lawsuit with prejudice, each party to bear its own costs.

CH68052.1
666666-55555

Respectfully submitted,

FEDERAL NEWS SERVICE, INC.

/s/ Andre P. Barlow
One if Its Attorneys

Doyle Barlow & Mazard PLLC
1350 I Street, N.W., Suite 850
Washington, D.C. 20005

POYNTER INSTITUTE FOR MEDIA STUDIES, TIMES PUBLISHING COMPANY, CONGRESSIONAL QUARTERLY, INC., C.Q. TRANSCRIPTIONS, INC., AND ROBERT MERRY

/s/ Joseph S. Hall
One of Their Attorneys

Kellogg Huber Hansen Todd Evans & Figel PLLC
1615 M. Street, N.W.
Washington, D.C. 20036

MORNINGSIDE PARTNERS, LLC
STEPHEN CARR DAVIS
ANTHONY O'BRIEN

/s/Robert M. Andalman
One of Their Attorneys

Loeb & Loeb LLP
321 North Clark Street
Chicago, Illinois 60654